```
AAFES
ATTN: BANKRUPTCY
PO BOX 650060
DALLAS TX 75265


ALLIED INTERSTATE
3000 CORPORATE EXCHANGE DR
COLUMBUS OH 43231


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850


HYUNDAI MOTOR FINANCE
ATTN: BANKRUPTCY
PO BOX 20809
FOUNTAIN VALLEY CA 92728


MARCUS BY GOLDMAN SACHS
ATTN: BANKRUPTCY
PO BOX 45400
SALT LAKE CITY UT 84145


MIDWEST SERVICE BUREAU INC
PO BOX 3888
WICHITA KS 67201


MONARCH RECOVERY MANGEMENT INC
PO BOX 986
BENSALEM PA 19020


MRS BPO LLC
1930 OLNEY AVE
CHERRY HILL NJ 08003


NATIONWIDE CREDIT, INC
PO BOX 14581
DES MOINES IA 50306
```

```
NAVY FCU
ATTN: BANKRUPTCY DEPT
PO BOX 3000
MERRIFIELD VA 22119


NORTHWEST ANESTHESIA PC
PO BOX 840850
DALLAS TX 75284-0850


SEQUIUM ASSET SOLUTIONS, LLC
1130 NORTHCHASE PARKWAY, STE 150
MARIETTA GA 30067


SYNCHRONY BANK/WALMART
ATTN:  BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896


THE PHYSICIANS GROUP
PO BOX 1998
OKLAHOMA CITY OK 73101


TINKER FCU
ATTN: BANKRUPTCY
PO BOX 45750
TINKER AFB OK 73145


UNIFY FINANCIAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 10018
MANHATTAN BEACH CA 90267


US BANK HOME MORTGAGE
ATTN: BANKRUPTCY
4801 FREDERICA ST
OWENSBORO KY 42301
```

```
VERIZON WIRELESS
ATTN: VERIZON BANKRUPTCY
500 TECHNOLOGY DR, STE 500
WELDON SPRINGS MO 63304
```