UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

**FILED**

MAY 2 9 2020

DOUGLAS E. WEDGE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____ DEPUTY

IN RE:                                    )

)          General Order 20-6[1]

CONDUCTING HEARINGS            )          (Third Amended)
TELEPHONICALLY AND OPERATIONS )
UPDATE IN RESPONSE TO COVID-19  )

On March 18, 2020, the Court entered this General Order 20-6 providing that, because of

COVID-19, all hearings will be conducted telephonically until further order of the Court. The

COVID-19 situation continues to evolve, and the Court is amending this General Order 20-6 to

provide that not all hearings will be conducted telephonically. Some hearings may be held in

person at the courthouse; others may be held telephonically; and others may be held by video

conference. The Court will provide notice for every hearing, and the notice will specify whether

the hearing will be held in-person at the courthouse, by phone, or by video conference.

Contact information for telephonic hearings remains the same. These hearings will be held

via AT&T call-in numbers. Dial-in numbers and access codes for each judge are listed on the

Court's website, www.okwb.uscourts.gov under the "Judges' Information" tab. For hearings with

Chief Judge Janice D. Loyd, call-in information is as follows:

| Phone Number: | 888-684-8852 |
|---|---|
| Access Code: | 3396906 |

For hearings with Judge Sarah A. Hall, call-in information is as follows:

| Phone Number: | 866-590-5055 |
|---|---|
| Access Code: | 4489321 |

---

[1]     General Order 20-6 was entered on March 18, 2020. It was amended on March 24, 2020 to include call-in
information for hearings with Judge Sarah A. Hall. The second amendment on April 1, 2020, extended the period for
telephonic hearings until further order of the Court. This third amendment updates that hearings may be held in-
person, telephonically, or by video conference.

All counsel and parties are directed (1) that all participants shall mute the phone when it is not their case, (2) that no participant shall use a "speaker" function, and (3) that no participant shall place the call on hold (in order for the Court and other participants to avoid hearing hold music or other noises that detract from the proceeding and audio recording of same).

This Order does not affect the Court's consideration of matters that can be resolved without oral argument.

The Courthouse remains open, but the Clerk's Office intake counter is closed. Staff in the Clerk's Office will be available by telephone, mail will be received and timely processed, and filings may be deposited in the drop box outside the Clerk's Office for timely processing. Electronic filings may still be made through the CM/ECF system. The public is encouraged to continue using Court services while following all applicable public health guidelines.

SO ORDERED this 29th day of May, 2020.

s/Janice D. Loyd
JANICE D. LOYD
CHIEF U.S. BANKRUPTCY JUDGE